## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br>2201 C Street NW<br>Washington, DC 20520<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 18-cv-2565<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1)      Plaintiff American Oversight brings this action against the U.S. Department of State under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2)      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

3)      Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

4)      Because Defendant has failed to comply with the applicable time-limit provisions of FOIA, American Oversight is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the agency from

continuing to withhold agency records and ordering the production of agency records improperly withheld.

## PARTIES

5)      Plaintiff American Oversight is a nonpartisan, non-profit section 501(c)(3) organization committed to the promotion of transparency in government, the education of the public about government activities, and ensuring the accountability of government officials. Through research and FOIA requests, American Oversight uses the information it gathers, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

6)      Defendant U.S. Department of State (State) is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). State has possession, custody, and control of the records that American Oversight seeks.

## STATEMENT OF FACTS

7)      On June 13, 2018, the magazine *Foreign Policy* reported that politically appointed State Department Senior Advisor Mari Stull was "quietly vetting career diplomats and American employees of international institutions to determine whether they are loyal to President Donald Trump and his political agenda, according to nearly a dozen current and former U.S. officials." Colum Lynch & Robbie Gramer, *Trump Appointee Compiles Loyalty List of U.S. Employees at U.N., State*, FOREIGN POLICY, (June 13, 2018, 11:01 AM), https://foreignpolicy.com/2018/06/13/trumps-vino-vixen-compiles-loyalty-list-of-u-s-employees-

at-u-n-state-mari-stull-political-appointee-state-department-international-organization-united-nations-political-retribution-chaos-dysfunction/.

8)      Earlier, on April 21, 2017, *Politico* reported that a career civil servant, Sahar Nowrouzzadeh, had been reassigned after facing criticism from conservative media outlets for her perceived lack of loyalty to the Trump administration. Nahal Toosi, *State Dept. Official Reassigned Amid Conservative Media Attacks*, POLITICO (Apr. 21, 2017, 3:18 PM), https://www.politico.com/story/2017/04/21/sahar-nowrouzzadeh-reassigned-state-department-237466.

9)      On June 21, 2018, American Oversight submitted eight FOIA requests to State to determine whether and to what extent high-ranking State officials were targeting career civil servants for their perceived partisan or ideological preferences.

10)      On September 28, 2018, American Oversight submitted two additional FOIA requests to State to determine whether and to what extent high-ranking State officials were targeting career civil servants for their perceived partisan or ideological preferences.

*Stull Correspondence FOIA*

11)      On June 21, 2018, American Oversight submitted a FOIA request to State seeking the following records:

> *All email correspondence sent by Mari Stull that include any of the following terms:*
>
> a. *Obama*
> b. *Intel*
> c. *Facebook*
> d. *Twitter*
> e. *Tweet*
> f. *Insta*
> g. *Instagram*
> h. *LinkedIn*
> i. *Loyalty*

3

> *j.  Loyal*
> *k.  Loyalist*
> *l.  Trump*
> *m.  Citizen*
> *n.  Pompeo*
> *o.  "Deep State"*
> *p.  Digital*
> *q.  Social*
> *r.  Online*
> *s.  Profile*
> *t.  Account*
> *u.  MAGA*
> *v.  Swamp*
> *w.  Kerry*
> *x.  Clinton*
> *y.  Holdover*
> *z.  "America First"*

> *This request includes all prior messages (whether incoming or outgoing) reflected in the responsive correspondence and any attachments thereto.*

> *Please provide all responsive records from April 1, 2018, through the date of the search.*

12)     By letter dated July 17, 2018, State informed American Oversight that it had assigned the FOIA request tracking number F-2018-04743.

13)     American Oversight has received no further communication from State regarding this FOIA request.

### Stull External Attachments FOIA

14)     On June 21, 2018, American Oversight submitted a FOIA request with to State seeking the following records:

> *All email correspondence that includes an attachment between (a) Mari Stull and (b) any individual with an email address not containing a .gov domain name (i.e., email addresses with domain names that include .com, .net, .org, or .edu) from April 1, 2018, through the date of the search. This request includes all prior messages (whether incoming or outgoing) reflected in the responsive correspondence as well as any attachments thereto. The request also seeks all email communications where any of the*

*responsive parties is a recipient of the email, whether in the to, from, cc, or bcc lines.*

15)    By letter dated July 17, 2018, State informed American Oversight that it had assigned the FOIA request tracking number F-2018-04758.

16)    American Oversight has received no further communication from State regarding this FOIA request.

### Stull Congressional Correspondence FOIA

17)    On June 21, 2018, American Oversight submitted a FOIA request to State seeking the following records:

> *All email correspondence that includes an attachment between (a) Mari Stull and (b) any member of Congress or congressional staff from April 1, 2018, through the date of the search. This request includes all prior messages (whether incoming or outgoing) reflected in the responsive correspondence as well as any attachments thereto. The request also seeks all email communications where any of the responsive parties is a recipient of the email, whether in the to, from, cc, or bcc lines.*

18)    By letter dated July 17, 2018, State informed American Oversight that it had assigned the FOIA request tracking number F-2018-04759.

19)    American Oversight has received no further communication from State regarding this FOIA request.

### Stull White House Correspondence FOIA

20)    On July 21, 2018, American Oversight submitted a FOIA request to State seeking the following records:

> *All email correspondence that includes an attachment between (a) Mari Stull and (b) any email address ending in eop.gov from April 1, 2018, through the date of the search. The items in this request include all prior messages (whether incoming or outgoing) reflected in the responsive correspondence as well as any attachments thereto. The request also seeks all email communications where any of the responsive parties are a recipient of the email, whether in the to, from, cc, or bcc lines.*

5

21)     By letter dated July 17, 2018, State informed American Oversight that it had

assigned the FOIA request tracking number F-2018-04761.

22)     American Oversight has received no further communication from State regarding

this FOIA request.

### Stull Calendars FOIA

23)     On June 21, 2018, American Oversight submitted a FOIA request to State seeking

the following records:

> All calendars or calendar entries for Mari Stull from April 1, 2018, through
> the date a search is conducted, including any calendars maintained on her
> behalf (e.g., by an administrative assistant or a scheduler).
>
> For calendar entries created in Outlook or similar programs, the
> documents should be produced in "memo" form to include all invitees, any
> notes, and all attachments. Please do not limit your search to Outlook
> calendars—we request the production of any calendar—paper or
> electronic, whether on government-issued or personal devices—used to
> track or coordinate how Ms. Stull allocates her time on agency business.

24)     By letter dated July 17, 2018, State informed American Oversight that it had

assigned the FOIA request tracking number F-2018-04763.

25)     American Oversight has received no further communication from State regarding

this FOIA request.

### Leadership Correspondence FOIA

26)     On June 21, 2018, American Oversight submitted a FOIA request to State seeking

the following records:

> All email communications containing the word "Mari," "Stull,"
> "loyalty," "loyal," or "loyalist" sent or received by any leadership* or
> political appointee** in any of the following offices:
>
> a.  The Office of the Secretary of State (S);
> b.  The Office of the Deputy Secretary of State (D);

    c.  *The United States Mission to the United Nations;*
    d.  *The immediate office of the Under Secretary for Political Affairs (P);*
    e.  *The immediate office of the Under Secretary for Management (M);*
    f.  *The Office of the Assistant Secretary for Administration (A);*
    g.  *The Office of the Director of Human Resources (HR);*
    h.  *The Policy Planning Staff (S/P); and*
    i.  *The Bureau of International Organization Affairs (IO).*

*\* "Leadership" should be understood as any person in a management or similar position overseeing or directing the listed offices, such as individuals serving in acting capacity, Foreign Service Officers, or civil servants who are carrying out the functions of an unfilled political appointment.*

*\*\*"Political appointee" should be understood as any person who is a Presidential Appointee with Senate Confirmation (PAS), a Presidential Appointee (PA), a Non-career SES, any Schedule C employees, or any persons hired under Temporary Non-career SES Appointments, Limited Term SES Appointments, or Temporary Transitional Schedule C Appointments.*

*Both items in this request include all prior messages (whether incoming or outgoing) reflected in the responsive correspondence as well as any attachments thereto.*

*Please provide all responsive records from April 1, 2018, through the date of the search.*

27)    By letter dated July 17, 2018, State informed American Oversight that it had assigned the FOIA request tracking number F-2018-04764.

28)    American Oversight has received no further communication from State regarding this FOIA request.

*Moley Correspondence FOIA*

29)    On June 21, 2018, American Oversight submitted a FOIA request to State seeking the following records:

*All email communications sent or received by Kevin Edward Moley that contain any of the following terms:*

    a.  *Obama*

        b.  *Kerry*
        c.  *Clinton*
        d.  *Tillerson*
        e.  *Intel*
        f.  *Loyalty*
        g.  *Loyal*
        h.  *"Deep State"*
        i.  *MAGA*
        j.  *"America First"*

*This request includes all prior messages (whether incoming or outgoing) reflected in the responsive correspondence as well as any attachments thereto.*

*Please provide all responsive records from March 22, 2018, through the date of the search.*

30)      By letter dated July 17, 2018, State informed American Oversight that it had assigned the FOIA request tracking number F-2018-04765.

31)      American Oversight has received no further communication from State regarding this FOIA request.

*Haley Correspondence FOIA*

32)      On June 21, 2018, American Oversight submitted a FOIA request to State seeking the following records:

*All email communications sent by Nikki Haley that contain any of the following terms:*

        a.  *Loyal*
        b.  *Loyalist*
        c.  *Loyalty*
        d.  *Holdover*
        e.  *"Deep State"*
        f.  *MAGA*
        g.  *Swamp*
        h.  *"America First"*

*This request includes all prior messages (whether incoming or outgoing) reflected in the responsive correspondence as well as any attachments thereto.*

> *Please provide all responsive records from April 1, 2018, through the date of the search.*

33)    By letter dated July 17, 2018, State informed American Oversight that it had

assigned the FOIA request tracking number F-2018-04767.

34)    American Oversight has received no further communication from State regarding

this FOIA request.

*Second White House Correspondence FOIA*

35)    On September 28, 2018, American Oversight submitted a FOIA request to State

seeking the following records:

> *All email communications of (1) State officials Mike Pompeo, T. Ulrich Brechbuhl, Rex Tillerson, Christine Ciccone, Makan Delrahim, Sean Doocey, Julia Haller, Brian Hook, Edward Lacey, Kevin Edward Moley, Mari Stull, or Matthew Mowers with (2) anyone with an email address ending in eop.gov (including @nsc.eop.gov, @who.eop.gov & @ovp.eop.gov) containing the following search terms:*

> a)  *Sahar*
> b)  *Nowrouzzadeh*
> c)  *Holdover*
> d)  *Holdovers*
> e)  *Turncoat*
> f)  *Turncoats*
> g)  *Leaker*
> h)  *Leakers*
> i)  *"Deep state"*
> j)  *"Loyalty List"*

> *Please provide all responsive records from January 20, 2017, to the date of the search.*

> *This request includes all prior messages (whether incoming or outgoing) reflected in the responsive correspondence and any attachments thereto. This request includes messages on which the State officials were cc'ed or bcc'ed.*

36)     By letter dated October 30, 2018, State informed American Oversight that it had assigned the FOIA request tracking number F-2018-07413.

37)     American Oversight has received no further communication from State regarding this FOIA request.

<em>Nowrouzzadeh FOIA</em>

38)     On September 28, 2018, American Oversight submitted a FOIA request to State seeking the following records:

> *All email communications of State officials Mike Pompeo, T. Ulrich Brechbuhl, Rex Tillerson, Christine Ciccone, Makan Delrahim, Sean Doocey, Julia Haller, Brian Hook, Edward Lacey, Kevin Edward Moley, Mari Stull, or Matthew Mowers containing the following search terms:*
>
> > *a)  Sahar*
> > *b)  Nowrouzzadeh*
>
> *Please provide all responsive records from January 20, 2017, to the date of the search.*
>
> *This request includes all prior messages (whether incoming or outgoing) reflected in the responsive correspondence and any attachments thereto. This request includes messages on which the State officials were cc'ed or bcc'ed.*

39)     By letter dated October 30, 2018, State informed American Oversight that it had assigned the FOIA request tracking number F-2018-07414.

40)     American Oversight has received no further communication from State regarding this FOIA request.

<em>Exhaustion of Administrative Remedies</em>

41)     As of the date of this Complaint, State has failed to (a) notify American Oversight of any determination regarding American Oversight's FOIA requests, including the full scope of any responsive records the agency intends to produce or withhold and the reasons for any

withholdings; or (b) produce all of the requested records or demonstrate that the requested records are lawfully exempt from production.

42)      Through State's failure to make determinations as to American Oversight's FOIA requests within the time period required by law, American Oversight has constructively exhausted its administrative remedies and seeks immediate judicial review.

**COUNT I**
**Violation of FOIA, 5 U.S.C. § 552**
**Failure to Conduct Adequate Search for Records**

43)      American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

44)      American Oversight properly requested records within the possession, custody, and control of State.

45)      State is an agency subject to FOIA and must therefore make reasonable efforts to search for requested records.

46)      State has failed to promptly review agency records for the purpose of locating those records which are responsive to American Oversight's FOIA requests.

47)      State's failure to conduct an adequate search for responsive records violates FOIA.

48)      Plaintiff American Oversight is therefore entitled to injunctive and declaratory relief requiring State to promptly make reasonable efforts to search for records responsive to American Oversight's FOIA requests.

## COUNT II
### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Records

49)     American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

50)     American Oversight properly requested records within the possession, custody, and control of State.

51)     State is an agency subject to FOIA and must therefore release in response to a FOIA request any non-exempt records and provide a lawful reason for withholding any materials.

52)     State is wrongfully withholding non-exempt agency records requested by American Oversight by failing to produce records responsive to its FOIA requests.

53)     State is wrongfully withholding non-exempt agency records requested by American Oversight by failing to segregate exempt information in otherwise non-exempt records responsive to American Oversight's FOIA requests.

54)     State's failure to provide all non-exempt responsive records violates FOIA.

55)     Plaintiff American Oversight is therefore entitled to injunctive and declaratory relief requiring State to promptly produce all non-exempt records responsive to its FOIA requests and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

### REQUESTED RELIEF

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendant to conduct a search reasonably calculated to uncover all records responsive to American Oversight's FOIA requests;

(2) Order Defendant to produce, by such a date as the Court deems appropriate, any and all non-exempt records responsive to American Oversight's FOIA requests and indexes justifying the withholding of any responsive records withheld under claim of exemption;

(3) Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to American Oversight's FOIA requests;

(4) Award American Oversight attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant American Oversight such other relief as the Court deems just and proper.


Dated: November 7, 2018                    Respectfully submitted,

                                           */s/ Daniel A. McGrath*
                                           Daniel A. McGrath
                                           D.C. Bar No. 1531723
                                           Elizabeth France
                                           D.C. Bar No. 999851

                                           AMERICAN OVERSIGHT
                                           1030 15th Street NW, B255
                                           Washington, DC 20005
                                           (202) 897-4213
                                           daniel.mcgrath@americanoversight.org
                                           beth.france@americanoversight.org
                                           *Counsel for Plaintiff*